364 A.2d 717

Commonwealth v. Lawson, Appellant.

Submitted November 17, 1975. Lester G. Nauhaus, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 231

Commonwealth v. Lenner, Appellant.

Submitted June 14, 1976. Harris S. Pasline, for appellant; John J. Segata, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.